**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN WARD,

Plaintiff,

v. Case No: 6:25-cv-1747-RBD-LHP

SECRETARY KRISTI NOEM; and
DIRECTOR JOSEPH B. EDLOW,

Defendants.

---

# ORDER

This cause is before the Court *sua sponte*. On October 2, 2025, the Court entered an Order dismissing Plaintiff's Complaint without prejudice (Doc. 5) and allowed the plaintiff to file an Amended Complaint by Friday, October 17, 2025. The time has passed, and the Plaintiff has failed to file an Amended Complaint by the due date. As such, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 23, 2025.

ROY B. DALTON, JR.
United States District Judge